Núm. 2.—PUEBLO, querellante, *v.* RUBERT HERMANOS, INC., querellada.—Original. Junio 3, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la estipulación suscrita por el Procurador General de Puerto Rico, en representación de la parte querellante, y por los abogados J. Henri Brown y Jaime Sifre, Jr. en representación de la querellada, radicada ante esta Corte el 29 de mayo del año en curso,

por la cual ambas partes consienten en que el Sr. Jaime Annexy Iglesias tome posesión del cargo de Síndico de la extinta corporación "Rubert Hermanos Inc.", para el cual fué nombrado por resolución dictada por esta Corte Suprema en julio 26 de 1940, sin que sea necesario esperar que el mandato de la Corte Suprema de Estados Unidos sea recibido.

POR CUANTO, este Tribunal tiene conocimiento de la opinión y sentencia dictada por la Corte Suprema de Estados Unidos en marzo 16 de 1942, por la cual se revocó la dictada por la Corte de Circuito de Apelaciones para el Primer Circuito (118 F. (2d) 752) y se confirmó en todas sus partes la resolución de esta Corte nombrando al Sr. Annexy para el cargo de Síndico (57 D.P.R. 958a);

POR CUANTO, a juicio del Tribunal, y no habiendo objeción de ninguna de las partes interesadas, es conveniente que las propiedades de la disuelta corporación pasen sin más dilación a la posesión y control del Síndico nombrado por esta Corte.

POR LO TANTO, se aprueba la estipulación sometida por las partes y se autoriza al Síndico Sr. Jaime Annexy Iglesias para que tan pronto como haya prestado y archivado el juramento de ley y constituído la fianza fijádale por la resolución de julio 26 de 1940, proceda a tomar posesión de y administrar las propiedades de la corporación querellada en cumplimiento de y ajustándose en todo a lo dispuesto en la referida resolución de julio 26 de 1940, debiendo someter a la aprobación previa de este Tribunal todas aquellas actuaciones que se viere precisado a realizar para la buena marcha de su administración y para las cuales no haya sido autorizado por la ya mencionada resolución.